UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID C. LETTIERI,<br>       Petitioner,<br><br>v.<br><br>DOTHERY,<br>       Respondent. | **CIVIL ACTION**<br>**No. 25-11198-IT** |

ORDER
October 9, 2025

On May 9, 2025, *pro se* Petitioner David C. Lettieri filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] with a Motion for Leave to Proceed In Forma Pauperis [Doc. No. 2].

On May 13, 2025, the court denied Lettieri leave to proceed *in forma pauperis* and denied his petition without prejudice for failing to exhaust his administrative remedies. Mem & Order [Doc. No. 5]. On May 23, 2025, Lettieri filed a Notice of Appeal [Doc. No. 8].

By Order [Doc. No. 12] dated October 3, 2025, the United States Court of Appeals for the First Circuit transmitted Lettieri's financial affidavit [12-1] to this court for consideration as a motion to proceed on appeal *in forma pauperis*.

Federal Rule of Appellate Procedure 24(a)(1) requires a person moving for leave to appeal *in forma pauperis* to attach to his motion an affidavit that "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a)(1).

Here, Lettieri filed a form affidavit [Doc. 12-1], but failed to "attach a statement certified by the appropriate institutional officers showing all receipts, expenditures, and balances during the last six months in [petitioner's] institutional accounts" as required by Form 4. As a result, the court does not have the information required to grant Lettieri's motion.

Accordingly, treating Lettieri's financial affidavit [12-1] as a motion to proceed on appeal *in forma pauperis*, it is DENIED. Lettieri may, within thirty (30) days, file a motion for leave to proceed *in forma pauperis* in the United States Court of Appeals for the First Circuit in accordance with Fed. R. App. P. 24(a)(5).  Any such motion shall comply with Fed. R. Civ. P. 24(a)(1) and the requirement set forth in Form 4 to "attach a statement certified by the appropriate institutional officers showing all receipts, expenditures, and balances during the last six months in [petitioner's] institutional accounts."

The Clerk is directed to transmit a copy of this Order to the First Circuit.

SO ORDERED.

October 9, 2025                                          /s/ Indira Talwani_____
                                                         UNITED STATES DISTRICT JUDGE